UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-85-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARY BETH FINLEY STONER, | ) | |
| Defendant. | ) | |

In preparation for the sentencing hearing rescheduled for March 21, 2011, counsel for the parties are DIRECTED to file briefs detailing their positions and authorities for the issue **whether the "loss" in this case, for purposes of determining *restitution* to be ordered pursuant to 18 U.S.C. § 3663A, as distinguished from advisory guideline offense level, is restricted to the loss incurred only during the five years preceding this prosecution.**

Counsel are DIRECTED to file their briefs **on or before March 16, 2011.**

The court will receive evidence and hear argument on this and any other sentencing matter during the March 21, 2011, term of court in Wilmington, North Carolina.

SO ORDERED.

This the 2nd day of March, 2010.

James C. Fox
Senior United States District Judge